IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOHAMMAD ABUSADEH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-3155 |
| | § | |
| MICHAEL CHERTOFF, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the orders entered by this court, this action is dismissed because the relief sought has been achieved: the USCIS approved the plaintiff's naturalization application. This is a final judgment. The Magistrate Judge will issue a memorandum and recommendation on the amount of the fee award.

SIGNED on December 17, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge